# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 98-41336

D.C. Docket No. B-97-CV-150

U.S. COURT OF APPEALS
**FILED**
APR 1 2 2001
CHARLES R. FULBRUGE III
CLERK

JUANA MARIA LERMA-DE GARCIA

    Petitioner - Appellee

United States District Court
Southern District of Texas
FILED
JUN 0 7 2001
Michael N. Milby
Clerk of Court

v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JOHN ASHCROFT, U S Attorney General

    Respondents - Appellants

Appeals from the United States District Court for the Southern District of Texas, Brownsville.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

ISSUED AS MANDATE: JUN 0 5 2001

18

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By_____
            Deputy

New Orleans, Louisiana     JUN 0 5 2001

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

June 5, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

JUN 07 2001

Michael N. Milby, Clerk of Court

   98-41346
No. 98-41336 Lerma-De Garcia v. Trominski
USDC No. B-97-CV-150
        B-97-CV-259

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Volumes    (   ) Envelopes    (   ) Boxes


Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
John Alwert, Deputy Clerk
504-589-6514 ITCM # 213

cc: (letter only)
    Honorable Hilda G Tagle
    Ms Lisa S Brodyaga
    Ms Jayashri Srikanitah
    Mr Papu Sandhu

MDT-1