*19*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**JUN 2 1 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

Lerma de Garcia,                           §
                                          §
                                          §
v.                                        §        CIVIL ACTION NO. B-97-150
                                          §
Trominski,                                §
                                          §
            Defendants.                   §

## ORDER

BE IT REMEMBERED, that on June 20, 2001 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for report and recommendation on the issues remanded from the Fifth Circuit.

DONE at Brownsville, Texas, this 20th day of June 2001.

Hilda G. Tagle
United States District Judge