20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JUANA MARIA LERMA-DE GARCIA     *
                                                   *
    VS                                          *    C.A. NO. B-97-150
                                                   *
E.M. TROMINSKI, ET AL                 *

## ORDER SETTING HEARING

An evidentiary hearing in above-captioned and numbered cause of action is hereby set for August 23, 2001, at 2:00 p.m., to determine whether there exists evidence to show ineffective assistance of counsel.

DONE at Brownsville, Texas, this 6th day of July 2001.

_____
Felix Recio
United States Magistrate Judge