21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANA MARIA LERMA-DE GARCIA | * |
| | * |
| VS | * C.A. NO. B97-150 |
| | * |
| E.M. TROMINSKI, ET AL | * |

## ORDER RESETTING HEARING

The evidentiary hearing, in above-captioned and numbered cause of action, set for August 23, 2001, is hereby reset for **September 11, 2001, at 2:00 p.m.**, to determine whether there exists evidence to show ineffective assistance of counsel.

DONE at Brownsville, Texas, this 26th day of July.

_____
Felix Recio
United States Magistrate Judge