23

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
Court Reporter     :    Tracie Williams
Interpreter        :    Sandra Cortez                    SEP 11 2001
CSO                :    Davidson
Date               :    September 11, 2001 at 2:00 pm    Michael N. Milby, Clerk of Court
------------------------------------------------------------------------
CASE CA NO. B-97-150
Juana Maria Lerma-de Garcia                  Lisa Brodyaga
                                             Thelma Garcia
vs

E.M. Trominski, et al                        Lisa Putnman
------------------------------------------------------------------------
```

## EVIDENTIARY HEARING

Plaintiff present with attorney L Bordyaga and Thelma Garcia; Lisa Putnam present for E.M. Trominski et al;

Pf's atty addresses the Court;

The Court states that the 5th Circuit has ordered this Court to review the issue of ineffective assistance of counsel;

Deft's atty states records have not been provided due to an oversight;

The Court proceeds with the evidentiary hearing;

Pf's co-counsel, T Garcia calls witness, Juana Maria Lerma-de Garcia and witness is sworn;
Witness proceeds to state facts of the case;
Attorney T Garcia passes the witness;

Deft's atty L Putnam proceeds to question the witness;
The Court questions the witness;
Witness excused;

Pf's atty calls 2nd witness, E Camposanto, daughter of the Plaintiff;
Witness excused after attorneys have had a chance to question her;

Both sides present arguments;
Ms Putnam ordered to provide the Court with records as soon as possible.
Court adjourned.