AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

24

| | | | | | |
|---|---|---|---|---|---|
| Juana Maria Lerma-de Garcia vs E. M. Trominski etal | | | | DISTRICT COURT | SEP 11 2001 |
| PLAINTIFF'S ATTORNEY<br>Lisa Brodyaga &<br>Thelma Garcia | | DEFENDANT'S ATTORNEY<br>Lisa M Putnam. | | DOCKET NUMBER<br>B-97-150<br>TRIAL DATE(S)<br>evidentiary hearing | |
| PRESIDING JUDGE<br>Magistrate Felix Recio | | COURT REPORTER<br>Tracie Williams | | COURTROOM DEPUTY<br>Maria C (Sally) Garcia | |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 9-11-01 | | | witness - Juana Maria Lerma-de Garcia |
| 2 | | 9-11-01 | | | witness - E Camposanto (Pf's daughter) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages