IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUANA MARIA LERMA DE GARCIA,
    Plaintiff

VS.                                 C.A. NO. B97-150

E.M. TROMINSKI, ET AL,              Brownsville, Texas
    Defendants                      September 11, 2001

EVIDENTIARY HEARING
BEFORE THE HONORABLE FELIX RECIO, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

TRANSCRIPT ORDERED BY:          HONORABLE FELIX RECIO

APPEARANCES FOR

THE PLAINTIFF:                  Ms. Lisa Brodyaga
                                REFUGIO DEL RIO GRANDE
                                17891 Landrum Park
                                San Benito, Texas 78586
                                (956) 421-3226

                                Ms. Thelma Garcia
                                LAW OFFICE OF THELMA GARCIA
                                301 East Madison
                                Harlingen Texas 78550
                                (956) 425-3701

THE DEFENDANTS:                 Ms. Lisa M. Putnam
                                INS DEPARTMENT
                                P.O. Box 1711
                                Harlingen, Texas 78550
                                (956) 389-7048

THE INTERPRETER:                Sandra Cortez

THE REPORTER:                   Tracie L. Wilson

Proceedings recorded by mechanical stenography.

Transcript produced by computer.

WILSON REPORTING SERVICES
P.O. Box 532003      Harlingen, Texas  78553
(956) 412-5700

ORIGINAL