27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 27 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUANA MARIA LERMA-DE GARCIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-97-150 |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

COMES NOW, E.M. Trominski, Immigration and Naturalization Service ("Service") District Director, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner JUANA MARIA LERMA-DE GARCIA with this Court for review.

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General
Civil Division

GREGORY A. SERRES
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date: SEPTEMBER 27, 2001

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel by depositing a copy of it in the United States mail, first class postage prepaid, to:

Lisa S. Brodyaga, Esquire
Refugio Del Rio Grande
17891 Landrum Park Rd.
San Benito, TX 78586

on this the 27th day of September, 2001.

Lisa M. Putnam
Special Assistant U.S. Attorney