2°

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 1 2001

Michael N. Milby
Clerk of Court

JUANA MARIA LERMA-DE GARCIA,    )
                                )
                Petitioner,     )
                                )
        v.                      )          C.A. No. B-97-150
                                )
E.M. TROMINSKI,                 )
INS DISTRICT DIRECTOR,          )
                                )
                Respondent.     )
_____ )

## RESPONDENTS' UNOPPOSED MOTION TO
## REMAND TO THE BOARD OF IMMIGRATION APPEALS

        COME NOW, the Respondents, by and through Gregory A. Serres, United States

Attorney for the Southern District of Texas, and file this unopposed motion to remand

this case to the Board of Immigration Appeals ("Board") to allow the Petitioner to apply

for relief pursuant to 8 U.S.C. §1182(c) (§212(c) of the Immigration and Nationality Act

("Act")).  The parties agree that each party shall bear its own costs and that the case be

dismissed without prejudice.

        The undersigned has consulted with Lisa Brodyaga, attorney for the Petitioner,

who has expressed no opposition to this motion.

WHEREFORE, it is respectfully requested that this motion be granted and this

matter be remanded to the Board for consideration of the Petitioner's eligibility for relief

pursuant to 8 U.S.C. §1182(c) (§212(c) of the Act).


Respectfully submitted,

GREGORY A. SERRES
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051/Fax: (956) 389-7057


Date:  December __11__, 2001

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address,

by depositing a copy of it in the United States mail, first class postage prepaid, to:

       Lisa S. Brodyaga, Esquire
       Refugio Del Rio Grande
       17891 Landrum Park Rd.
       San Benito, TX 78586

on this the __11th__ day of December, 2001.

                 Lisa M. Putnam
                 Special Assistant U.S. Attorney