30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANA MARIA LERMA-DE GARCIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-97-150 |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Upon consideration of the applicable law and the agreement between the Petitioner and the Respondents, the Court grants the unopposed motion to remand this matter to the Board of Immigration Appeals.

It is therefore ORDERED, ADJUDGED AND DECREED that this matter is remanded to the Board of Immigration Appeals to allow the Petitioner to apply for relief pursuant to 8 U.S.C. §1182(c) (§212(c) of the Immigration and Nationality Act).

It is further ORDERED, ADJUDGED AND DECREED that each party shall bear their own costs.

It is further ORDERED, ADJUDGED AND DECREED that the petition for habeas corpus is dismissed without prejudice.

This is a final Order.

Done this ____13____ day of ____December____, 2001, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE